IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

BRIAN BURKS,                              :
        Plaintiff,                        :
    v.                                    :  Case No. 3:16-cv-162-KRG-KAP
PENNSYLVANIA DEPARTMENT OF                :
CORRECTIONS, *et al.*,                    :
        Defendants                        :

Memorandum Order

Post-dismissal motions filed by plaintiff in this matter were referred to Magistrate Judge Keith A. Pesto in accordance with the Magistrates Act, 28 U.S.C.§ 636, and Local Rule 72 for Magistrate Judges.

The Magistrate Judge filed a Report and Recommendation on June 14, 2017, ECF no. 34, recommending that the plaintiff's Motion for Relief at ECF no. 26 be denied. The Magistrate Judge filed a Report and Recommendation on June 9, 2017, ECF no. 32, recommending that the plaintiff's Motion for Preliminary Injunction at ECF no. 30 be denied. The Magistrate Judge filed a Report and Recommendation on June 9, 2017, ECF no. 31, recommending that the plaintiff's motion to amend the complaint, styled Supplemental Amended Complaint, at ECF no. 28 be denied.

The parties were given notice that pursuant to 28 U.S.C.§ 636(b)(1), they had fourteen days to file written objections to this Report and Recommendation. Plaintiff filed objections at ECF

no. 35, ECF no. 37, and ECF no. 38 that I have reviewed *de novo* and reject.

After *de novo* review of the record of this matter, the recommendations of the Magistrate Judge, and the objections thereto, the following order is entered:

AND NOW, this 27th day of March 2018, it is

ORDERED that the plaintiff's motions at ECF no. 26, ECF no. 28, and ECF no. 30 are denied.

BY THE COURT:

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice to counsel of record by ECF and by U.S. Mail to:

Brian Burks HV-7243
S.C.I. Albion
10745 Route #18
Albion, PA 16475-0001